No. 87–6345.   IRVING v. UNITED STATES.   C. A. 11th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

No. 87–6347.   AYERS v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

No. 87–6352.   CORDOBA v. NEW MEXICO.   Ct. App. N. M. Certiorari denied.

No. 87–6366.   LUNA v. NEW MEXICO ET AL.   C. A. 10th Cir. Certiorari denied.